# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION



# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION



# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION



# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION




# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION





# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION



# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION




# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION




# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION



# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION




# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION




# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION



# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION




# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION




# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION




# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION



# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION





# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION





# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION




# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION





# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION




# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION



# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION



# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION





# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION





# ACTIONABLE CONTENT FROM NEWSTAR MODEL COLLECTION



