# Links to Clipmonster on "Model" Pages



# Clipmonster Interface



Next 25 >

    



# Clipmonster "Unpublished" Images




# Clipmonster "Unpublished" Images




