# K. Power's External HD: Casting Photos

