# Electronic Articles of Incorporation For

POWER TRADING, INC.

P09000005846
FILED
January 20, 2009
Sec. Of State
dwhite

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
POWER TRADING, INC.

## Article II
The principal place of business address:
3210 FAIRWAY CIRCLE
DAVIE, FL. 33328

The mailing address of the corporation is:
3210 FAIRWAY CIRCLE
DAVIE, FL. 33328

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
1000 SHARES $1.00 PAR

## Article V
The name and Florida street address of the registered agent is:
KENNETH POWER
3210 FAIRWAY CIRCLE
DAVIE, FL. 33328

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature: KENNETH POWER

## Article VI
The name and address of the incorporator is:
RICK PETERSON
10620 GRIFFIN ROAD, B206
COOPER CITY, FL 33328

Incorporator Signature: RICK PETERSON

## Article VII
The initial officer(s) and/or director(s) of the corporation is/are:

Title: P
KENNETH POWER
3210 FAIRWAY CIRCLE
DAVIE, FL. 33328

Title: VP
TATIANA POWER
3210 FAIRWAY CIRCLE
DAVIE, FL. 33328

# 2010 FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P09000005846

Entity Name: POWER TRADING, INC.

FILED
Mar 17, 2010
Secretary of State

**Current Principal Place of Business:**

3210 FAIRWAY CIRCLE
DAVIE, FL 33328

**New Principal Place of Business:**

1425 LANTANA DR
WESTON, FL 33326

**Current Mailing Address:**

3210 FAIRWAY CIRCLE
DAVIE, FL 33328

**New Mailing Address:**

1425 LANTANA DR
WESTON, FL 33326

FEI Number: 32-0272299   FEI Number Applied For ( )   FEI Number Not Applicable ( )   Certificate of Status Desired (X)

**Name and Address of Current Registered Agent:**

POWER, KENNETH
3210 FAIRWAY CIRCLE
DAVIE, FL 33328   US

**Name and Address of New Registered Agent:**

POWER, KENNETH
1425 LANTANA DR
WESTON, FL 33326   US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: KENNETH POWER                                                                 03/17/2010
Electronic Signature of Registered Agent                                                 Date

Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**

Title:        P
Name:         POWER, KENNETH
Address:      1425 LANTANA DR
City-St-Zip:  WESTON, FL 33326

Title:        VP
Name:         POWER, TATIANA
Address:      1425 LANTANA DR
City-St-Zip:  DAVIE, FL 33326

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: KENNETH POWER                                     PRES           03/17/2010
Electronic Signature of Signing Officer or Director                         Date

---

# 2011 FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P09000005846

Entity Name: POWER TRADING, INC.

FILED
Mar 02, 2011
Secretary of State

**Current Principal Place of Business:**

1425 LANTANA DR
WESTON, FL 33326

**New Principal Place of Business:**

**Current Mailing Address:**

1425 LANTANA DR
WESTON, FL 33326

**New Mailing Address:**

FEI Number: 32-0272299   FEI Number Applied For ( )   FEI Number Not Applicable ( )   Certificate of Status Desired (X)

**Name and Address of Current Registered Agent:**

POWER, KENNETH
1425 LANTANA DR
WESTON, FL 33326   US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:
Electronic Signature of Registered Agent                                                 Date

**OFFICERS AND DIRECTORS:**

Title:        P
Name:         POWER, KENNETH
Address:      1425 LANTANA DR
City-St-Zip:  WESTON, FL 33326

Title:        VP
Name:         POWER, TATIANA
Address:      1425 LANTANA DR
City-St-Zip:  DAVIE, FL 33326

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: KENNETH POWER                                     PRES           03/02/2011
Electronic Signature of Signing Officer or Director                         Date

## 2012 FOR PROFIT CORPORATION ANNUAL REPORT

FILED
Feb 15, 2012
Secretary of State

DOCUMENT# P09000005846

Entity Name: POWER TRADING, INC.

**Current Principal Place of Business:**

1425 LANTANA DR
WESTON, FL 33326

**New Principal Place of Business:**

**Current Mailing Address:**

1425 LANTANA DR
WESTON, FL 33326

**New Mailing Address:**

FEI Number: 32-0272299    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

POWER, KENNETH
1425 LANTANA DR
WESTON, FL 33326   US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
Electronic Signature of Registered Agent    Date

**OFFICERS AND DIRECTORS:**

Title:         P
Name:       POWER, KENNETH
Address:    1425 LANTANA DR
City-St-Zip: WESTON, FL 33326

Title:         **VP**
Name:       **POWER, TATIANA**
Address:    1425 LANTANA DR
City-St-Zip: DAVIE, FL 33326

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: KENNETH POWER        P        **02/15/2012**
Electronic Signature of Signing Officer or Director        Date

---

## 2013 FLORIDA PROFIT CORPORATION ANNUAL REPORT

FILED
Feb 06, 2013
Secretary of State
CC5380104858

DOCUMENT# P09000005846

Entity Name: POWER TRADING, INC.

**Current Principal Place of Business:**

1425 LANTANA DR
WESTON, FL 33326

**Current Mailing Address:**

1425 LANTANA DR
WESTON, FL 33326

FEI Number: 32-0272299        Certificate of Status Desired: Yes

**Name and Address of Current Registered Agent:**

POWER, KENNETH
1425 LANTANA DR
WESTON, FL 33326 US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
Electronic Signature of Registered Agent    Date

**Officer/Director Detail :**

Title          P                              Title          **VP**
Name        POWER, KENNETH      Name        **POWER, TATIANA**
Address     1425 LANTANA DR       Address     1425 LANTANA DR
City-State-Zip: WESTON FL 33326   City-State-Zip: WESTON FL 33326

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: **TATIANA POWER**        VICE-PRESIDENT        02/06/2013
Electronic Signature of Signing Officer/Director Detail        Date

## 2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P09000005846

Entity Name: POWER TRADING, INC.

Current Principal Place of Business:

1425 LANTANA DR
WESTON, FL 33326

Current Mailing Address:

1425 LANTANA DR
WESTON, FL 33326

FILED
Jan 27, 2014
Secretary of State
CC4225324568

FEI Number: 32-0272299

Certificate of Status Desired: Yes

Name and Address of Current Registered Agent:

POWER, KENNETH
1425 LANTANA DR
WESTON, FL 33326 US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
Electronic Signature of Registered Agent                    Date

Officer/Director Detail:

| Title | P | Title | VP |
|---|---|---|---|
| Name | POWER, KENNETH | Name | POWER, TATIANA |
| Address | 1425 LANTANA DR | Address | 1425 LANTANA DR |
| City-State-Zip: | WESTON FL 33326 | City-State-Zip: | WESTON FL 33326 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: TATIANA POWER        VICE PRESIDENT        01/27/2014
Electronic Signature of Signing Officer/Director Detail                    Date

---

## 2015 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P09000005846

Entity Name: POWER TRADING, INC.

Current Principal Place of Business:

1425 LANTANA DR
WESTON, FL 33326

Current Mailing Address:

1425 LANTANA DR
WESTON, FL 33326

FILED
Apr 15, 2015
Secretary of State
CC1199735290

FEI Number: 32-0272299

Certificate of Status Desired: Yes

Name and Address of Current Registered Agent:

POWER, KENNETH
1425 LANTANA DR
WESTON, FL 33326 US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
Electronic Signature of Registered Agent                    Date

Officer/Director Detail:

| Title | P | Title | VP |
|---|---|---|---|
| Name | POWER, KENNETH | Name | POWER, TATIANA |
| Address | 1425 LANTANA DR | Address | 1425 LANTANA DR |
| City-State-Zip: | WESTON FL 33326 | City-State-Zip: | WESTON FL 33326 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: TATIANA POWER        VICE-PRESIDENT        04/15/2015
Electronic Signature of Signing Officer/Director Detail                    Date

# 2016 FLORIDA PROFIT CORPORATION ANNUAL REPORT

**FILED**
Apr 11, 2016
Secretary of State
CC1712311005

**Entity Name:** POWER TRADING, INC.

**Current Principal Place of Business:**
1425 LANTANA DR
WESTON, FL 33326

**Current Mailing Address:**
1425 LANTANA DR
WESTON, FL 33326

**FEI Number:** 32-0272299   **Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**
POWER, KENNETH
1425 LANTANA DR
WESTON, FL 33326 US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:
_____
Electronic Signature of Registered Agent     Date

**Officer/Director Detail:**

| Title | P | Title | VP |
|---|---|---|---|
| Name | POWER, KENNETH | Name | POWER, TATIANA |
| Address | 1425 LANTANA DR | Address | 1425 LANTANA DR |
| City-State-Zip: | WESTON FL 33326 | City-State-Zip: | WESTON FL 33326 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: **TATIANA POWER**     **VP**     04/11/2016
Electronic Signature of Signing Officer/Director Detail     Date

Florida Department of Revenue - Online Registration

## Application Review and Submit

**Step 4**  Interview Summary  **Quit Interview**

This is your completed tax application. You should review it carefully before submitting. If you wish to change any of your responses, click each section's title link to return to that section and make changes. Once changes have been made, click the Next button to return to this page.

You must read Section H and sign the application before clicking the Submit button at the bottom of this page.

If you require further assistance, you may call or visit your local service center:

Hollywood Service Center
6565 Taft St Ste 300
Hollywood FL 33024-4044
954-967-1000

or call Taxpayer Services at 1-800-352-3671 or 850-488-6800.
Telephones are staffed from 8:00 a.m. to 7:00 p.m., ET, Monday through Friday.

DR-1 R. 01/06

# APPLICATION TO COLLECT AND/OR REPORT TAX IN FLORIDA

## SECTION A - BUSINESS INFORMATION

**BUSINESS INFORMATION**

2. Reason for this registration: applying for tax registration for a new business entity.
   Date you began your business entity: 03/05/2009
   Date of incorporation: 01/20/2009
3. This is not a seasonal business, it is open year round.

**ABOUT YOUR BUSINESS**

4. Legal name of corporation, principal partner, or individual (last,first,middle): **Power Trading INC.**
5. Business, trade, or fictitious (d/b/a) name
   Business Telephone Number: (954) 577-8456
   Business FAX Number: (954) 577-8456
   Owner Telephone Number: (954) 465-1630
6. Complete physical address of business or real property. Home-based business and non-permanent flea market/craft show vendors must use their home addresses. Listing a post office box, private mailbox or rural route number is not permitted.
   **1425 LANTANA DR**
   City/State/ZIP: **WESTON, FL 33326-3601**

**MAILING ADDRESS**

7. Mail to the attention of:
   Mailing Address: 1425 LANTANA DR
   City/State/ZIP: WESTON, FL 33326-3601
   Email: ken@power-family.com

**BUSINESS INFORMATION**

8. If you have a Consolidated Sales Tax Number and want to include this location, please complete the following:
   Consolidated Number:
   *If you want to obtain a new consolidated number, you must complete Form DR-1CON.*
9. Business Entity Identification Number. If an FEIN is not required for your business entity, the social security number of the owner will be accepted. This number is required for purposes of indentification in order to properly administer the tax laws of Florida. Pursuant to federal law, this number will not be disclosed to any other party (If you are required to have an FEIN, but have not yet been assigned one, visit the IRS web site to apply for and receive your number online.)
   a. Federal Employer Identification Number (FEIN): 32-0272299
   b. Social Security Number (SSN) of Owner: 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

**OWNERS**

10. Identify proprietors or owners, partners, officers, members, or trustees. Include the person whose Social Security Number is listed under Question 9.
    ** Without this information, processing of your application may be stopped **

| Name Title | Social Security Number and Driver License Number & State | Home Address City, State, ZIP Code | Telephone Number |
|---|---|---|---|
| Kenneth Power President | 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 P600-500-62-382-0 FLORIDA | 1425 Lantana DR Weston, FLORIDA 33326- | (954) 577-8456 |
| Tatiana Power Vice President | 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 P-600-800-80-720-0 FLORIDA | 1425 Lantana DR Weston, FLORIDA 33326- | (954) 577-8456 |

Florida Department of Revenue - Online Registration

**BUSINESS STRUCTURE / TYPE OF OWNERSHIP**

11. My business structure is **Corporation: S-corporation.**

**BUSINESS INFORMATION**

12. If a partnership, corporation or limited liability company, provide your fiscal year ending date: 12/31
13. If incorporated, chartered or otherwise registered to do business in Florida, provide your document/registration number from the Florida Secretary of State:
    P09000005846

**LANDLORD INFORMATION**

14. Based on your answers in the Business Activity questionnaire section, you do not rent a business location that is not your home.
    If this is not the case, click above.

**DESCRIBE YOUR BUSINESS**

15a. What is your primary business activity: **Internet web hosting, consultant for design of web pages, server administration, website support and programing.**
15b. What are your taxable business activities: **Internet web hosting, consultant for design of web pages, server administration, website support and programing.**

### SECTION B - SALES AND USE TAX ACTIVITY

16. Does your business activity include (check all that apply)

**ACTIVITIES 1**

- **No** Sales of property or goods at retail (to consumers)?
- No  Sales of property or goods at wholesale (to registered dealers)?
- No  Sales of secondhand goods?
- No  Rental of commercial real property to individuals or businesses?
- No  Rent transient living or sleeping accommodations (for six months or less)?
- No  Manage transient living or sleeping accommodations belonging to others?
- No  Rental of equipment or other property or goods to individuals or businesses?
- No  Renting/leasing motor vehicles to others?
- No  Repair or alterations of tangible personal property?
- **No** Charging admission or membership fees?
- No  Placing and operating coin-operated amusement machines at business locations belonging to others?

**ACTIVITIES 2**

- No  Placing and operating vending machines at business locations belonging to others?
- No  Purchasing items to be included in a finished product assembled or manufactured for sale.
- No  Purchasing items that were not taxed by the seller at time of purchase.
- No  Using dyed diesel fuel for off-road purposes.
- No  Operating vending machine(s) owned by you at your business location?

Providing any of the following services (check all that apply.)

- No  Pest control for nonresidential buildings
- No  Cleaning services for nonresidential buildings
- No  Detective services
- No  Protection services
- No  Security alarm system monitoring

Form **1120S** — U.S. Income Tax Return for an S Corporation
Department of the Treasury
Internal Revenue Service

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► See separate instructions.

**2010**

For calendar year 2010 or tax year beginning _____, 2010, ending _____

| | | |
|---|---|---|
| A S election effective date: 01/20/09 | Name: POWER TRADING, INC. | D Employer identification number: [redacted] |
| B Business activity code number (see instrs): 541519 | Number, street, and room or suite no. If a P.O. box, see instructions.: 1425 LANTANA DRIVE | Date incorporated: 01/20/09 |
| C Check if Sch M-3 attached ☐ | City or town, state, and ZIP code: WESTON, FL 33326 | F Total assets (see instructions): $ 44,615. |

G Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No   If "Yes," attach Form 2553 ...

**Schedule B   Other Information** (see instructions)     Yes   No

1. Check accounting method:  a ☒ Cash   b ☐ Accrual   c ☐ Other (specify) ► _____
2. See the instructions and enter the:
   a Business activity ► COMPUTER        b Product or service ... ► CONSULTING

---

**Shareholder's Share of Income, Deductions, Credits, etc.** ► See page 2 of form and separate instructions.

**Part I   Information About the Corporation**

A  Corporation's employer identification number
   [redacted]

B  Corporation's name, address, city, state, and ZIP code
   POWER TRADING, INC.
   1425 LANTANA DRIVE
   WESTON, FL 33326

C  IRS Center where corporation filed return
   Ogden, UT  84201-0013

**Part II   Information About the Shareholder**

D  Shareholder's identifying number
   [redacted]

E  Shareholder's name, address, city, state, and ZIP code
   KENNETH POWER
   1425 LANTANA DRIVE
   WESTON, FL 33326

F  Shareholder's percentage of stock ownership for tax year ................ 50.00000 %

---

**Shareholder's Share of Income, Deductions, Credits, etc.** ► See page 2 of form and separate instructions.

**Part I   Information About the Corporation**

A  Corporation's employer identification number
   [redacted]

B  Corporation's name, address, city, state, and ZIP code
   POWER TRADING, INC.
   1425 LANTANA DRIVE
   WESTON, FL 33326

C  IRS Center where corporation filed return
   Ogden, UT  84201-0013

**Part II   Information About the Shareholder**

D  Shareholder's identifying number
   [redacted]

E  Shareholder's name, address, city, state, and ZIP code
   TATIANA POWER
   1425 LANATA DRIVE
   FORT LAUDERDALE, FL 33326

F  Shareholder's percentage of stock ownership for tax year ................ 50.00000 %

0176436 03/25/10

**Florida Department of Revenue Employer's Quarterly Report**

Employers are required to file quarterly tax/wage reports regardless of employment activity or whether any taxes are due.

Use black ink. Example A - Handwritten   Example B - Typed

Example A: [handwritten digits 0-9]   Example B: 0123456789

**T**   UCT-6   R. 03/10

| QUARTER ENDING | DUE DATE | PENALTY AFTER DATE | TAX RATE | UT ACCOUNT NUMBER |
|---|---|---|---|---|
| 03/31/2010 | 04/01/2010 | 04/30/2010 | .0270 | [redacted] |

Do not make any changes to the pre-printed information on this form. If changes are needed, request and complete an Employer Account Change Form (UCS-3).

If you do not have an account number, you are required to register (see instructions).

0310006806403174000001508311110

**Reverse Side Must be Completed**

Name / Mailing Address / City/St/ZIP:
POWER TRADING INC.
1425 LANTANA DR
WESTON FL 33326-3601

Location Address / City/St/ZIP:
1425 LANTANA DR
WESTON FL 33326-3601

2. Gross wages paid this quarter (Must total all pages.) — 18,750.00
3. Wages paid this quarter in excess of $7,000. — 4,750.00
4. Taxable wages paid this quarter (Line 2 minus Line 3.) — 14,000.00
5. Tax due (Multiply Line 4 by Tax Rate.) — 378.00
6. Penalty due (See instructions.)
7. Interest due (See instructions.)
8. Installment fee (See instructions.)
9a. Total amount due (See instructions.)
9b. Amount Enclosed (See instructions.) — 378.00

1. Enter the total number of full-time and part-time covered workers who performed services during or received pay for the payroll period including the 12th of the month.
   - 1st Month: 2
   - 2nd Month: 2
   - 3rd Month: 2

Check if final return. Date operations ceased.

Check if you had out-of-state wages. Attach Employer's Quarterly Report for Out-of-State Wages (UCT-6NF).

UCT-6

If you are filing as a sole proprietor, is this for domestic (household) employment only? Yes / No

Under penalties of perjury, I declare that I have read this return and the facts stated in it are true (sections 443.171(5) and 443.141(2), Florida Statutes).

Sign here: [signature] Tatiana Power   Date
Title: Vice-President
Phone: 954 577-8456   Fax: (   )

Paid preparers only:
Preparer's signature
Firm's name (or yours if self-employed) and address   Date
Preparer check if self-employed
Preparer's SSN or PTIN
FEIN
ZIP
Preparer's phone number (   )

DO NOT DETACH

Rule 60BB-2.037
Florida Administrative Code

**Employer's Quarterly Report Payment Coupon**

UCT-6
R. 03/10



**FILE COPY**

**Rick Peterson, P.A.**
Certified Public Accountants
10620 Griffin Road #B-206
Cooper City, FL 33328
954-434-7511
954-680-1649 FAX
RP1CPA@AOL.COM E-Mail

RICK PETERSON, CPA

Mailed 1/3/15

MEMBER:
Florida Institute of Certified Public Accountants

FILING INSTRUCTIONS                DATE: 1/3/15
TAXPAYER: Power Trading, Inc.
Payroll tax returns for the quarter ended: 12/31/14
Sign, date & mail by: 1/3/15

**FORM 941 EMPLOYER'S QUARTERLY FEDERAL TAX RETURN**

( ) Make a quarterly deposit online at EFTPS in the amount of $_____. Choose Form 941/Quarter _____. Mail the return separately.
( ) Make a check payable to the United States Treasury in the amount of $_____ and mail it along with your return to Internal Revenue Service Center
(X) No payment is due. Return ...



*Per Tatiana — they both rec'd $4000.00 each in Dec for bonuses  1/3/15*

( ) You overpaid on your de...osit.
MAIL TO:   Internal Revenue...
           P.O. Box 1052...
           Atlanta, GA 3...

**FORM UCT-6 EMPLOYE...**

( ) Make check payable t... amount of
    $_____ and ma...
(X) No payment is due. R...
MAIL TO:   FL Dept of R...
           Unemployme...
           5050 W. Te...
           Tallahassee...

**FORM 940 EMPLOYER'S FEDERAL UNEMPLOYMENT...**

(X) Make a quarterly deposit online at EFTPS in the amount of $ 8400. Choose Form 940/Quarter 4th.
( ) No payment is due at this time. Mail Return to: Internal Revenue Service Center
     No Form until 4th Quarter        Ogden, UT 84201-0046
( ) Make check payable to United States Treasury in the amount of $_____. Mail along with your return.
MAIL TO:   Internal Revenue Service Center
           P.O. Box 105078
           Atlanta, GA 30348-5078

---

**Florida Department of Revenue**
**Employer's Quarterly Report**
COMPLETE and MAIL your REPORT/PAYMENT to
5050 W. Tennessee St., Tallahassee, Florida 32399-0180

AMS1  NTF9
FL RT-6
R. 01/13

8408020141231006805403195002894222000068

Employers are required to file quarterly tax/wage reports regardless of employment activity or whether any taxes are due.

| Quarter Ending | Due Date | Penalty After Date | Tax Rate | RT Account Number |
|---|---|---|---|---|
| **12/31/2014** | 01/01/2015 | 01/31/2015 | 0.0059 | [redacted] |

Employer's Name: **POWER TRADING, INC.**
Mailing Address: **1425 LANTANA DRIVE**
City/State/ZIP: **WESTON, FL  33326**

F.E.I. Number: [redacted]
For Official Use Only – Postmark Date

1. Enter the total number of full-time and part-time covered workers who performed services during or received pay for the payroll period including the 12th of the month.

| | |
|---|---|
| 1st Month | 2 |
| 2nd Month | 2 |
| 3rd Month | 2 |

**Florida Department of Revenue**
**Employer's Quarterly Report Continuation Sheet**

AMS1  NTF9
FL RT-6A
R. 01/13

Employers are required to file quarterly tax/wage reports regardless of employment activity or whether any taxes are due.

EMPLOYER'S NAME  **POWER TRADING, INC.**   Page __1__ of __1__

| | | | |
|---|---|---|---|
| 2894222 | 320272299 | | 0 |
| 261594581 | POWER | KENNETH | 1600000 |
| 0 | 0 | 0 | 0 |
| 768448793 | POWER | TATIANA | 1600000 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |

Form **941 for 2015:** Employer's QUARTERLY Federal Tax Return
(Rev. January 2015) — Department of the Treasury — Internal Revenue Service
OMB No. 1545-0029

**Employer identification number (EIN)** ▓▓▓▓▓▓▓▓▓

**Name** (not your trade name) POWER TRADING, INC.

**Trade name** (if any) _____

**Address** 1425 LANTANA DRIVE

WESTON, FL 33326

**Report for this Quarter of 2015**
(Check one.)
- [ ] 1: January, February, March
- [ ] 2: April, May, June
- [ ] 3: July, August, September
- [X] 4: October, November, December

Instructions and prior year forms are available at www.irs.gov/form941.

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

1. Number of employees who received wages, tips, or other compensation for the pay period Including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), or Dec. 12 (Quarter 4) .... 1 | 2

---

**Florida Department of Revenue**
**Employer's Quarterly Report Continuation Sheet**

Employers are required to file quarterly tax/wage reports regardless of employment activity or whether any taxes are due.

AMS1
NTF9
FL RT-6A
R. 01/15

EMPLOYER'S NAME POWER TRADING, INC.   Page 1 of 1

| | | | |
|---|---|---|---|
| ▓▓▓ | POWER | KENNETH | 1200000 |
| | 0 | 0 | 0 |
| | POWER | TATIANA | 1200000 |
| | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |

Power Trading — 2015

| | 1 | 2 | 3 | 4 | Total | 4th Qtr Taxable |
|---|---|---|---|---|---|---|
| Kenneth Power | 12000 | 12000 | 12000 | 12000 | 48000 | 0 |
| Tatiana Power | 12000 | 12000 | 12000 | 12000 | 48000 | 0 |
| Total: | 24000 | 24000 | 24000 | 24000 | 96000 | 0 |

| | 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|
| Kenneth Power | 3600 | 3600 | 3600 | 3600 | 14400 |
| Tatiana Power | 3600 | 3600 | 3600 | 3600 | 14400 |
| Total: | 7200 | 7200 | 7200 | 7200 | 28800 |

**W-2 (2016) — Power Trading, Inc.**

| Field | Value |
|---|---|
| OMB No. | 1545-0008 |
| Year | 2016 |
| Form | W-2 Wage & Tax Statement |
| Control number | 0000/ |
| Box | 22222 |
| b Employer identification number | 32-0272299 |
| c Employer's name, address, and ZIP code | POWER TRADING, INC. / 1425 LANTANA DRIVE / WESTON, FL 33326 |
| 1 Wages, tips, other comp. | 48000.00 |
| 2 Federal income tax withheld | 14400.00 |
| 3 Social security wages | 48000.00 |
| 4 Social security tax withheld | 2976.00 |
| 5 Medicare wages and tips | 48000.00 |
| 6 Medicare tax withheld | 696.00 |
| e Employee's first name & initial / Last name | TATIANA POWER |
| f Employee's address and ZIP code | 1425 LANTANA DRIVE / WESTON, FL 33326 |

**W-2 (2017) — Power Trading, Inc.**

| Field | Value |
|---|---|
| 1 Wages, tips, other compensation | 48000.00 |
| 2 Federal income tax withheld | 14400.00 |
| Employer | POWER TRADING, INC. / 1425 LANTANA DRIVE / WESTON, FL 33326 |
| 3 Social security wages | 48000.00 |
| 4 Social security tax withheld | 2976.00 |
| 5 Medicare wages and tips | 48000.00 |
| 6 Medicare tax withheld | 696.00 |
| e Employee's first name and initial / Last name | TATIANA POWER |
| f Employee's address and ZIP code | 1425 LANTANA DRIVE / WESTON, FL 33326 |
| Year | 2017 |

**Power Trading — 2016**

|  | 1 | 2 | 3 | 4 | Total | 4th Qtr Taxable |
|---|---|---|---|---|---|---|
| Kenneth Power | 12000 | 12000 | 12000 | 12000 | 48000 | 0 |
| Tatiana Power | 12000 | 12000 | 12000 | 12000 | 48000 | 0 |
| Total: | 24000 | 24000 | 24000 | 24000 | 96000 | 0 |

|  | 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|
| Kenneth Power | 3600 | 3600 | 3600 | 3600 | 14400 |
| Tatiana Power | 3600 | 3600 | 3600 | 3600 | 14400 |
| Total: | 7200 | 7200 | 7200 | 7200 | 28800 |

**W-2 Wage and Tax Statement** — 2018

| | | |
|---|---|---|
| 22222 | Void | |
| c Employer's name, address, and ZIP code | 1 Wages, tips, other compensation 48000.00 | 2 Federal income tax withheld 11600.00 |
| POWER TRADING, INC. 1425 LANTANA DRIVE WESTON, FL 33326 | 3 Social security wages 48000.00 | 4 Social security tax withheld 2976.00 |
| | 5 Medicare wages and tips 48000.00 | 6 Medicare tax withheld 696.00 |
| | 7 Social security tips | 8 Allocated tips |
| d Control number | 9 Verification code | 10 Dependent care benefits |
| e Employee's first name and initial: TATIANA   Last name: POWER   Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
| 1425 LANTANA DRIVE WESTON, FL 33326 | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| | 14 Other | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |
| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

31-2099803 — Department of the Treasury - Internal Revenue Service

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

Copy A For Social Security Administration — Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

---

**Form 941 for 2019: Employer's QUARTERLY Federal Tax Return** — 1213
(Rev. January 2019) — Department of the Treasury — Internal Revenue Service
OMB No. 1545-0029

Employer identification number (EIN): [redacted]
Name (not your trade name): POWER TRADING, INC.
Trade name (if any):
Address: 1425 LANTANA DRIVE
         WESTON, FL 33326

Report for this Quarter of 2019 (Check one.)
- [ ] 1: January, February, March
- [ ] 2: April, May, June
- [X] 3: July, August, September
- [ ] 4: October, November, December

Go to www.irs.gov/Form941 for instructions and the latest information.

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1:** Answer these questions for this quarter.

1. Number of employees who received wages, tips, or other compensation for the pay period including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), or Dec. 12 (Quarter 4) .... 1 [ 2 ]

---

**Florida Department of Revenue — Employer's Quarterly Report Continuation Sheet**
AMS1 NTF9 FL RT-6A R. 01/15

Employers are required to file quarterly tax/wage reports regardless of employment activity or whether any taxes are due.

EMPLOYER'S NAME: POWER TRADING, INC.   Page 1 of 1

| SSN | Last Name | First Name | Wages |
|---|---|---|---|
| [redacted] | | | 0 |
| | POWER | KENNETH | 1200000 |
| | 0 | 0 | 700000 |
| | POWER | TATIANA | 1200000 |
| | 0 | 0 | 700000 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |

---

Subject: **Power Trading INC**
Date: **7/9/2018 3:03:08 PM** Eastern Standard Time
From: mtwin5@hotmail.com
To: rp1cpa@aol.com

Hi Rick,

Please, I'm writing you with a reminder about the Quarterly Taxes (2) for Power Trading INC. that is due by the end of this month.
To this e-mail I'm attaching the new Federal deposits - Form 941 - and paychecks made for April, May, and June that will apply for the 2nd. Quarter. I hope these numbers make sense, if not, Ken is to blame.
If you have any questions, please let me know.

Sincerely, Tati