# TATIANA POWER

Lantana Drive, Weston, FL 33326 | H: ██████ | C: ██████ | mtwin5@hotmail.com

## Summary

Bookkeeper offering eight years experience in bookkeeping with strong technical proficiency and commitment to accuracy in financial data entry and financial record keeping.

## Highlights

- Fiscal budgeting knowledge
- Proficient in QuickBooks software
- Ethical approach to finance
- Strong communication skills
- Dependability
- Attention to details
- Dedication
- Loyalty

## Accomplishments

Implemented the usage of QuickBooks to reduce the amount of paperwork
Proficient in 3 languages: English, Russian and Romanian
Good computer skills Adobe Photoshop and Illustrator, Microsoft Access, Excel, Word, Works, Web Browsing

## Professional Work Experience

**Supervisors:**
Kurt Asesor
1(954)914-3783

**Instructor – part time** — Jan 2015 to 2017
**Premier Martial Arts** — Weston, FL
Teaching Cross-Kick - a combination of weight training and kick-boxing.

Kenneth Power
1(954)465-1630

**Bookkeeper – part time** — Jan 2009 -Current
**Power Trading INC** — Weston, FL
Maintain accounts receivable documentation electronically and on paper.
Handle deposits using the proper accounting procedures and documentation.
Process payroll, electronic deposits and employee pay adjustments.

Sheryl Salvage
1(954)999-2736

**Instructor -part time** — Apr 2013 to Dec 2014
**American Tae Kwon Do Association** — Weston, FL
Teaching cardio and kick-boxing techniques.

Rodica Popa
(+373) 69119175

**Interpreter – full time** — Jul 2002 to Mar 2004
**Rubiplast Com** — Chisinau, Moldova
Written and Simultaneous English-Romanian, Romanian-English Translations
Written and Simultaneous English-Russian, Russian-English Translations

## Education

**Master of Science Degree in Criminal Justice** — 2015 to 2017
Nova Southeastern University — Fort Lauderdale Florida
Concentration in Forensic Investigative Technologies - GPA 4.0

**Second Degree Black Belt, Martial Arts** — 2015 to current
Premiere Martial Arts — Weston, FL, USA
NRA Pistol Qualification Course
Qualification as Pro-Marksman and Marksman
World Tae Kwon Do sparing skills
Krav Maga - Israeli self defense, wrestling and MMA techniques

**Second Degree Black Belt, American Tae Kwon Do / Krav Maga** — 2009 to 2014
American Tae Kwon Do Association — Weston, FL, USA
South Korean Sparring Skills
Advanced Level in Krav Maga
Weapon Defense, Ground Defense
Offensive and Self Defensive skills

| | |
|---|---|
| **Bachelor of Science**, **English Language and Literature**<br>State University of Moldova — Chisinau, Moldova<br>Recipient of Gov. Scholarship<br>Psychology Course / French Language Course<br>Licentiate in English Dialects and Variants<br>Specialized in English Philology - GPA 3.57 | 1997 to 2002 |

## Professional and Volunteer Experience

| | |
|---|---|
| **Florida Department of Law Enforcement** – Miami FL<br>Internship - improved my skills, enriched my practical knowledge and obtained experience in my career field | May 2017 to August 2017 |
| **Indian Trace Elementary School**<br>**Tequesta Middle School** – Weston FL<br>Party Planner – detail oriented, able to multi-task, collaborate with others, gained valuable experience of negotiation skills, strong tolerance, dependability, leadership and self control | Aug 2012 to June 2017 |